IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BASHIR V. LODING, | |
|---|---|
| Plaintiff, | **8:21CV153** |
| vs. | |
| JAMES E. SCHAEFER, Attorney; and ROBERT SCHAEFER, | **ORDER** |
| Defendants. | |

To the extent Plaintiff is seeking to proceed in forma pauperis,

IT IS ORDERED that Filing 9 is denied as moot. The court ordered Plaintiff to pay an initial partial filing fee of $79.79 by May 19, 2021. (*See* Filing 6.) Until Plaintiff pays the initial partial filing fee, no further review of this case will take place.

Dated this 3rd day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge